**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 19-2422

RICHARD GRAVELY,

        Plaintiff - Appellant,

    v.

ANTHONY MAJESTRO; MARVIN W. MASTERS; BENJAMIN L. BAILEY,

        Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert C. Chambers, District Judge. (3:19-cv-00192)

Submitted: March 12, 2020                       Decided: March 16, 2020

Before KING, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Gravely, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Gravely appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Gravely's 42 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gravely v. Majestro*, No. 3:19-cv-00192 (S.D.W. Va. Dec. 10, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
